

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-14-00264-CV |
| IN RE: RAQUEL VASQUEZ, | § | |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Raquel Vasquez, has filed a petition for writ of mandamus against the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso County, Texas, asking that we order him to grant her motion to transfer the case to Ector County, Texas. *See* TEX.FAM.CODE ANN. § 155.201 (West 2014). Relator has also filed a motion for emergency relief asking that enter an order permitting Relator's child to live in Ector County during the pendency of this original proceeding. The petition for writ of mandamus and the motion for emergency relief are denied.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. We conclude that Relator has failed to establish that she is entitled to mandamus relief because the record reflects that the trial court has not yet conducted a hearing or ruled on the motion to transfer. Accordingly, we deny the motion

for emergency relief and the petition for writ of mandamus.

September 24, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)